IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN BAMBOO,<br><br>    Defendant.<br>_____/ | No. C -11-03759 EDL<br><br>**ORDER REQUIRING STATUS UPDATE** |

This case was filed on July 29, 2011, and the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act. Pursuant to that schedule, the last day to hold a joint inspection was November 7, 2011, and the last day for Plaintiff to file a Notice of Need for Mediation was 45 days after the joint inspection. It is not clear from the docket whether the parties are mediating this case, or whether the Court should schedule a case management conference. Accordingly, no later than April 12, 2012, the parties shall file a joint letter informing the Court of the status of this case.

**IT IS SO ORDERED.**

Dated: March 29, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge